IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:05CR307 |
| JOSE CANTABRANA, | ) ) | **ORDER** |
| Defendant. | ) ) | |

    Defendant has filed a Motion to Withdraw Previously Filed Motion to Suppress [33]. Defendant's motion is granted and the Motion to Suppress [25] deemed withdrawn.

    IT IS SO ORDERED.

    DATED this 26th day of October, 2005.

                                             BY THE COURT:

                                             s/ F.A. Gossett
                                             United States Magistrate Judge